691 A.2d 459

**Marvin FACTOR and Kathleen Factor, Petitioners,**

**v.**

**BICYCLE TECHNOLOGY INC., Specialized Bicycle Components and Shimano Industrial Co., Ltd.**

**v.**

**GIANT MANUFACTURING CO., Respondent,**

**and**

**City of Philadelphia.**

Supreme Court of Pennsylvania.

April 16, 1997.

David F. Binder, Philadelphia, for Petitioner.

## ORDER

PER CURIAM.

AND NOW, this 16th day of April, 1997, the Petition for Allowance of Appeal is GRANTED, limited to whether the trial court erred by refusing to strike the testimony of respondent's expert witness. This case is to be scheduled for oral argument.